UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:25-cv-61145-AHS

PATENT ASSET MANAGEMENT,
LLC.,

    Plaintiff,

v.

HISCOX INSURANCE COMPANY,
INC.,

    Defendant.

_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES
AND CORPORATE DISCLOSURE STATEMENT**

    PLAINTIFF, by and through undersigned counsel and pursuant to Rule 7.1 and this Court's Order (D.E. 3), hereby makes the following certification of interested parties and corporate disclosure:

A. **Interested Parties**
   a. Patent Asset Management, LLC
   b. Leigh Rothschild
   c. Hiscox Insurance Company, Inc.
   d. Valve Corp.
   e. Kennedys CMK, LLP
   f. Kristen D. Perkins, Esq.
   g. Jordan H. Lewis, Esq.
   h. Valiente, Carollo & McElligott, PLLC
   i. Carolina Carollo, Esq.
   j. Matthew McElligott, Esq.

B. **Corporate Disclosure**
   a. Plaintiff, Patent Asset Management, LLC, has not parent corporation

Dated: June 17, 2025

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the foregoing document is being served this day on all counsel of record identified on the attached Service List by the CM/ECF system.

    Respectfully submitted,

    **VALIENTE, CAROLLO & MCELLIGOTT, PLLC**
*Counsel for the Plaintiff*
1111 Brickell Ave., Suite 1550
Miami, Florida 33131
Telephone No. (786) 361-6887
Primary Email:
eservice@vcmlawgroup.com


By: */s/ Matthew McElligott*
Matthew McElligott, Esq.

## SERVICE LIST

*Patent Asset Management, LLC., v. Hiscox Insurance Company, Inc.*

**Case No.: 0:25-cv-61145-AHS**

| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| Matthew McElligott, Esq.<br>Florida Bar. No.: 69959<br>*Valiente, Carollo & McElligott, PLLC*<br>1111 Brickell Ave., Suite 1550<br>Miami, Florida 33131<br>Telephone No. (786) 361-6887<br>Primary Email: eservice@vcmlawgroup.com | KENNEDYS CMK LLP<br><br>Kristen D. Perkins, Esq.<br>Fla. Bar No. 611816<br>Kristen.Perkins@KennedysLaw.com<br>Jordan H. Lewis, Esq.<br>Fla. Bar No. 123592<br>Jordan.Lewis@KennedysLaw.com<br>100 SE 3rd Ave., Suite 806<br>Fort Lauderdale, FL 33394<br>Telephone: (754)-547-9131 |